Opinion issued March 10, 2026



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00236-CV

———————————

**MOSAIC BAYBROOK ONE, L.P., BAYBROOK TWO, L.P. AND MOSAIC RESIDENTIAL, INC., Appellants**

**V.**

**TAMMY CESSOR, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-12564**

---

### MEMORANDUM OPINION

On July 15, 2025, the Court abated the appeal for the trial court to approve a final class-action settlement. On November 18, 2025, appellants filed a motion to dismiss the appeal. Because the motion contained no certificate of conference, the Court held this motion for a response, but no response was filed.

Accordingly, we lift the abatement and reinstate the case on the active docket.

We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.